UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CALFEE & DOUGLAS, INC. ) | Case No. 10-34150-DOT |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Charles A. Morrison ("Morrison") pursuant to Bankruptcy Rules 2002 and 9010(b), hereby appears by his counsel in the above-captioned case and requests that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on his counsel at the following address:

> Andrea M. Sullivan, Esquire
> Troutman Sanders LLP
> P.O. Box 1122
> Richmond, VA 23218-1122
> Telephone: (804) 697-1341
> Facsimile: (804) 698-6068
> andrea.sullivan@troutmansanders.com

PLEASE TAKE FURTHER NOTICE that Morrison hereby requests that he be included on all limited notice or service lists authorized by the Court in this matter.

---

Andrea M. Sullivan (VSB No. 41944)
*Attorney for Charles A. Morrison*
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1341
(804) 698-6068 (facsimile)

November 8, 2010                                    Respectfully submitted,

/s/ Andrea M. Sullivan
Andrea M. Sullivan (VSB No. 41944)
*Attorney for Charles A. Morrison*
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1341
Facsimile: (804) 698-6068

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2010, a true copy of the foregoing Notice of Appearance was delivered via the Court's CM/ECF system to all parties who receive notice in this case, and via first class U.S. mail to:

Calfee & Douglas, Inc.
P.O. Box 764
Toano, VA 23168

David K. Spiro
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500

Keith L. Phillips
311 South Boulevard
Richmond, VA 23220

/s/ Andrea M. Sullivan
Andrea M. Sullivan

1995439v1