# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
CALFEE & DOUGLAS, INC                           §        Case No. 10-34150 KRH
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

                Funds were disbursed in the following amounts:

                Payments made under an interim
                disbursement
                Administrative expenses
                Bank service fees
                Other payments to creditors
                Non-estate funds paid to 3rd Parties
                Exemptions paid to the debtor
                Other payments to the debtor

                Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ROY M. TERRY, JR._____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 10-34150 | KRH | Judge: Hon. Kevin R. Huennekens |
|---|---|---|---|
| Case Name: | CALFEE & DOUGLAS, INC | | |

For Period Ending: 06/23/15

| Trustee Name: | ROY M. TERRY, JR. |
|---|---|
| Date Filed (f) or Converted (c): | 06/11/10 (f) |
| 341(a) Meeting Date: | 07/19/10 |
| Claims Bar Date: | 09/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHESAPEAKE BANK - CHECKING ACCOUNT | 1,114.00 | 1,114.00 | | 13,121.65 | FA |
| 2. CLAIM AGAINST 2600 MAIN STREET CORPORATION (FACE A | 0.00 | 0.00 | | 60,000.00 | FA |
| 3. OVERPAYMENT CLAIM AGAINST LECLAIR RYAN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4. CLAIM AGAINST EX-EMPLOYEE (CATHERINE STRAYER) FOR PER RESTITUTION ORDER IN UNITED STATES DISTRIC COURT NEWPORT NEWS DIVISION CRIMINAL NO. 4:10CR140 STRAYER TO PAY $269307.63. | 250,000.00 | 268,307.63 | | 6,796.72 | 261,510.91 |
| 5. NOTE FROM DAVID DOUGLAS FOR TRUCK PURCHASE | 10,000.00 | 10,000.00 | | 8,000.00 | FA |
| 6. NOTE FROM KEITH CALFEE FOR TRUCK PURCHASE | 13,000.00 | 13,000.00 | | 10,000.00 | FA |
| 7. 2004 CHEVEROLET PICKUP TRUCK (170,000 MILES) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT, FURNISHINGS, SUPPLIES, COMPUTER | 500.00 | 500.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 10.15 | FA |
| 10. UNITED RENTAL REFUND (u) | 0.00 | 0.00 | | 274.55 | FA |
| 11. FARM BUREAU (u) EMPLOYEE DISHONESTY COVERAGE | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 12. PREFERENCE CLAIM AGAINST CHESAPEAKE BANK (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $280,614.00 | $314,921.63 | | $114,203.07 | $261,510.91 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/24/10 Kutak Rock hired to investigate assets.

1/24/11 Accounts and vehicles of the debtor have been liquidated.  Counsel is currently seeking recovery in the form of restitution and from an employee theft policy stemming from the embezzlement of approximately $250,000 from the debtor.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-34150     KRH   Judge: Hon. Kevin R. Huennekens | |
| Case Name: | CALFEE & DOUGLAS, INC | |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Date Filed (f) or Converted (c): | 06/11/10 (f) |
| 341(a) Meeting Date: | 07/19/10 |
| Claims Bar Date: | 09/24/10 |

Counsel is also evaluating settlement of a claim on a note with 2600 Main Street and expect to have a recommendation
for the trustee on settlement shortly.  Finally, counsel is doing a preference and fraudulent transfer analysis which
may result in additional recovery.

1/27/12 Counsel settled the action on 2600 Main Street bringing $60,000 into the estate. We have an order that she pay
restitution into the estate, however the employee is currently in jail.  Rule 2004 examinations of the principals were
taken and counsel is finishing the avoidance action analysis and there appears to be a few viable preference claims.

5/21/12 Counsel for Trustee corresponded one of the last outstanding issues in the case is a preference claim made
against Chesapeake Bank for two payments they received prior to bankruptcy working on settlement.

10/9/12 Settlement w/Chesapeake Bank - funds received.

1/21/13 Strayer is ordered to make restitution payments in the total amount of $269,307.63.  Receiving restitution
payments on monthly basis.  Strayer incarcerated for next couple of years.  Claims need reviewed.

7/24/13 Reassigned, R. Terry new Trustee.


January 29, 2014, 07:01 pm  As indicated, I have taken over this case from Judge Phillips and continue to receive
restitution payments.   Given the large resitution amount ordered in the criminal case, it seems impractical to keep
the estate open for an indeterminate period.  I intend to inquire about other possibilities.  For example, might we
share the list of approved claims with the District Court Clerk, and have the Clerk take over distribution of the
restitution?


January 18, 2015, 06:05 pm  I worked with US Attorney Win Grant to prepare and file a motion in the District Court to
have the District Court Clerk take over rresponsibility for the continuing restitution payments.  The motion provides
for the Clerk to use the approved claims from the bankruptcy court for any further distributions.  The restitution
payments are running apprx $199 per month.  To date, the District Court has not taken up the motion.  In order to
minimize the ongoing bank fees and get funds to creditors, we are now working on an interim TFR.  The TFR date indicated
is an outside date for the interim TFR.  Restitution payments could go on for years.


May 21, 2015, 10:15 am  Am preparing an amended claims order to allow claim 31 of Chesapeake Bank, which turns out to
have been timely filed pursuant to 502(h).  No word from the District Court on the motion to switch restitution to the
District Court Clerk, and so we are preparing an interim TFR.


Initial Projected Date of Final Report (TFR): 11/01/11          Current Projected Date of Final Report (TFR): 06/30/15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-34150  -KRH | |
| Case Name: | CALFEE & DOUGLAS, INC | |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Bank Name: | VIRGINIA HERITAGE BANK |
| Account Number / CD #: | *******4851  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******1695 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 91,523.45 | | 91,523.45 |
| 09/18/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 231.14 | | 91,754.59 |
| 10/01/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 181.33 | | 91,935.92 |
| 10/01/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 174.35 | | 92,110.27 |
| 10/01/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 231.14 | | 92,341.41 |
| 10/09/12 | 12 | CHESAPEAKE BANK | PER COMPROMISE AP# 12-03114 PER ORDER APPROVING COMPROMISE WITH CHESAPEAKE BANK 10/2/12 (AP# 12-03114-DOT) | 1241-000 | 15,000.00 | | 107,341.41 |
| 10/26/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 174.35 | | 107,515.76 |
| 11/06/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 140.48 | | 107,656.24 |
| 11/29/12 | 4 | UNITED STATES TREASURY RESTITUTION FOR CATHY STRAYER | RESTITUTION CATHY STRAYER | 1129-000 | 140.48 | | 107,796.72 |
| 12/14/12 | 001001 | KUTAK ROCK LLP 1111 East Main Street, Ste. 800 Richmond, VA 23219-3500 | Attorney for Trustee Fees Per order approivng first and final application for compensation and reimbursement of expness of Kutak Rock LLP | 3210-000 | | 33,545.00 | 74,251.72 |
| 12/14/12 | 001002 | KUTAK ROCK LLP 1111 East Main Street, Ste. 800 Richmond, VA 23219-3500 | Attorney for Trustee Expenses Per order approivng first and final application for compensation and reimbursement of expness of Kutak Rock LLP | 3220-000 | | 2,843.05 | 71,408.67 |
| 12/19/12 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | | 140.48 | 71,549.15 |

Page Subtotals    107,937.20    36,388.05

LFORM24

Ver: 18.05

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-34150 -KRH |
| Case Name: | CALFEE & DOUGLAS, INC |
| Taxpayer ID No: | *******1695 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Bank Name: | VIRGINIA HERITAGE BANK |
| Account Number / CD #: | *******4851  Checking - Non Interest |
| Blanket Bond (per case limit): | $  3,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/17/13 | 4 | RESTITUTION FOR CATHY STRAYER UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 1,071.02 | | 72,620.17 |
| | 01/30/13 | 4 | RESTITUTION FOR CATHY STRAYER UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,729.76 |
| | 02/07/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE BANK | ADJ OUT | 2600-000 | | 76.48 | 72,653.28 |
| | 02/12/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,762.87 |
| | 03/07/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 69.74 | 72,693.13 |
| | 03/26/13 | 001003 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH  44145 | BOND #8215-38-70 CHAPTER 7 BLANKET BANKRUPTCY BOND | 2300-000 | | 44.33 | 72,648.80 |
| | 03/28/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,758.39 |
| | 04/05/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 77.20 | 72,681.19 |
| | 05/02/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,790.78 |
| | 05/07/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 74.68 | 72,716.10 |
| | 05/14/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,825.69 |
| | 06/07/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 77.27 | 72,748.42 |
| | 06/17/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,858.01 |
| | 07/08/13 | | RESTITUTION FOR CATHY STRAYER VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 74.81 | 72,783.20 |
| | 07/23/13 | 4 | UNITED STATES TREASURY | RESTITUTION CATHY STRAYER | 1129-000 | 109.59 | | 72,892.79 |
| * | 07/25/13 | 001004 | RESTITUTION FOR CATHY STRAYER ROY M. TERRY | TRANSFER OF FUNDS | 9999-000 | | 72,892.79 | 0.00 |
| * | 07/25/13 | 001004 | ROY M. TERRY | TRANSFER OF FUNDS ADD TRUSTEE | 9999-000 | | -72,892.79 | 72,892.79 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 1,838.15 | 494.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 18.05

LFORM24

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34150 -KRH | Trustee Name: | ROY M. TERRY, JR. |
| Case Name: | CALFEE & DOUGLAS, INC | Bank Name: | VIRGINIA HERITAGE BANK |
| | | Account Number / CD #: | *******4851  Checking - Non Interest |
| Taxpayer ID No: | *******1695 | | |
| For Period Ending: | 06/23/15 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/13 | 001005 | ROY M. TERRY, TRUSTEE | TRANSFER OF FUNDS | 9999-000 | | 72,892.79 | 0.00 |
| 08/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 77.32 | -77.32 |
| 08/13/13 | | REFUND OF BANK SERVICE FEE | ADJ IN | 2600-000 | 77.32 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 109,852.67 | 109,852.67 | 0.00 |
| Less:  Bank Transfers/CD's | | 91,523.45 | 72,892.79 | |
| Subtotal | | 18,329.22 | 36,959.88 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 18,329.22 | 36,959.88 | |

LFORM24

Ver: 18.05

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-34150 -KRH |
| Case Name: | CALFEE & DOUGLAS, INC |
| | |
| Taxpayer ID No: | *******1695 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4442  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/13 | | Keith L. Phillips<br>311 South Boulevard, 2nd Fl<br>Richmond,. VA  23220 | FUND RECEIVED FROM PRIOR TRUSTE | 9999-000 | 72,892.79 | | 72,892.79 |
| 08/30/13 | 4 | United States Treasury<br>US District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 109.59 | | 73,002.38 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.94 | 72,960.44 |
| 10/01/13 | 4 | United States Treasury<br>US District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 109.59 | | 73,070.03 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.98 | 72,965.05 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.56 | 72,856.49 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.92 | 72,751.57 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.26 | 72,643.31 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.10 | 72,535.21 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.50 | 72,437.71 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 107.78 | 72,329.93 |
| 05/09/14 | 100001 | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OHIO 44145 | Blanket Bond- 2014<br>TERRY-5 | 2300-000 | | 74.06 | 72,255.87 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.16 | 72,151.71 |
| 06/18/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 72,350.97 |
| 06/18/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 72,550.23 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 107.42 | 72,442.81 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | 73,510.49 | 1,067.68 | |

Page:    5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: | 10-34150 -KRH | Trustee Name: | ROY M. TERRY, JR. | |
| Case Name: | CALFEE & DOUGLAS, INC | Bank Name: | UNION BANK | |
| | | Account Number / CD #: | *******4442  Checking Account | |
| Taxpayer ID No: | *******1695 | | | |
| For Period Ending: | 06/23/15 | Blanket Bond (per case limit): | $ 3,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 103.98 | 72,338.83 |
| 07/30/14 | 4 | UNITES STATES TREASURY<br>U.S. DISTRICT COURT<br>ALEXANDRIA, VA | Restitution Payments | 1129-000 | 199.26 | | 72,538.09 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 107.65 | 72,430.44 |
| 08/29/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 72,629.70 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 107.78 | 72,521.92 |
| 09/30/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 72,721.18 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.43 | 72,616.75 |
| 10/29/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 72,816.01 |
| 11/07/14 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | RESTITUTION PAYMENT | 1129-000 | 199.26 | | 73,015.27 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.08 | 72,907.19 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.90 | 72,802.29 |
| 01/16/15 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 199.26 | | 73,001.55 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.33 | 72,893.22 |
| 02/13/15 | 4 | United States Treasury<br>U.S. District Court<br>Alexandria, VA | Restitution Payment | 1129-000 | 1,024.19 | | 73,917.41 |
| 02/13/15 | 4 | United States Treasury | Restitution Payment | 1129-000 | 109.59 | | 74,027.00 |
| | | | Page Subtotals | | 2,329.34 | 745.15 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  6

Exhibit B

| Case No: | 10-34150 -KRH | | Trustee Name: | ROY M. TERRY, JR. |
| Case Name: | CALFEE & DOUGLAS, INC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******4442  Checking Account |
| Taxpayer ID No: | *******1695 | | | |
| For Period Ending: | 06/23/15 | | Blanket Bond (per case limit): | $  3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | U.S. District Court | | | | | |
| | | Alexandria, VA | | | | | |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.29 | 73,918.71 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 98.49 | 73,820.22 |
| 03/26/15 | 4 | United States Treasury | Restitution Payments | 1129-000 | 199.26 | | 74,019.48 |
| | | U.S. District Court | | | | | |
| | | Alexandria, VA | | | | | |
| 04/06/15 | 4 | United States Treasury | RESTITUTION PAYMENTS | 1129-000 | 199.26 | | 74,218.74 |
| | | U.S. Disrict Court | | | | | |
| | | Alexandria, VA | | | | | |
| 04/22/15 | 4 | United States Treasury | Restitution Payment | 1129-000 | 199.26 | | 74,418.00 |
| | | U.S. District Court | | | | | |
| | | Alexandria, VA | | | | | |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.88 | 74,308.12 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.75 | 74,201.37 |

| | | COLUMN TOTALS | | 76,437.61 | 2,236.24 | 74,201.37 |
|---|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | | 72,892.79 | 0.00 | |
| | | Subtotal | | 3,544.82 | 2,236.24 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 3,544.82 | 2,236.24 | |

Page Subtotals          597.78          423.41

**FORM 2** **Exhibit B**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-34150  -KRH |
| Case Name: | CALFEE & DOUGLAS, INC |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7736  Money Market - Interest Bearing |

| | |
|---|---|
| Taxpayer ID No: | *******1695 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/29/10 | 1 | CHESAPEAKE BANK CASHIER'S CHECK | BALANCE OF CHECKING | 1129-000 | 13,121.65 | | 13,121.65 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,121.97 |
| 09/20/10 | 5 | DAVID C. DOUGLAS | DEPOSIT SALE OF TOYOTA DEPOSIT ON SALE OF TRUCK TO DAVID DOUGLAS. MOTION FILED TO APPROVE SALE. | 1129-000 | 1,000.00 | | 14,121.97 |
| 09/20/10 | 6 | KEITH CALFEE | DEPOSIT ON SALE OF 2005 CHEVY DEPOSIT ON SALE OF CHEVY TO KEITH CALFEE MOTION FILED WITH COURT TO APPROVE SALE | 1129-000 | 1,000.00 | | 15,121.97 |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 15,122.31 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,122.69 |
| 11/23/10 | 5 | DAVID C. DOUGLAS | SALE OF TOYOTA SALE OF TRUCK TO DAVID DOUGLAS. PER ORDER APPROVING SALE 11/1/10 | 1129-000 | 7,000.00 | | 22,122.69 |
| 11/23/10 | 6 | KEITH CALFEE | SALE OF 2005 CHEVY SALE OF CHEVY TO KEITH CALFEE PER ORDER APPROVING SALE 11/1/10 | 1129-000 | 9,000.00 | | 31,122.69 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 31,123.09 |
| 12/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,123.88 |
| 01/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,124.67 |
| 02/28/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 31,124.91 |
| 03/02/11 | 000101 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROAD, SUITE E SOLON, OH  44139 | BOND PAYMENT INVOICE 81032 | 2300-000 | | 28.06 | 31,096.85 |
| 03/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,097.11 |
| | | | Page Subtotals | | 31,125.17 | 28.06 | |

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-34150 -KRH | Trustee Name: ROY M. TERRY, JR. |
| Case Name: CALFEE & DOUGLAS, INC | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******7736  Money Market - Interest Bearing |
| Taxpayer ID No: *******1695 | |
| For Period Ending: 06/23/15 | Blanket Bond (per case limit):  $ 3,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 31,097.36 |
| 05/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,097.63 |
| 06/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,097.89 |
| 07/29/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,098.15 |
| 08/09/11 | 10 | UNITED RENTAL | REFUND FOR OVERPAYMENT | 1229-000 | 274.55 | | 31,372.70 |
| 08/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,372.97 |
| 09/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,373.23 |
| 10/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,373.50 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 39.97 | 31,333.53 |
| 11/09/11 | 2 | TROUTMAN SANDERS LLP | SETTLEMENT W 2600 MAIN STREET PER ORDER APPROVING COMPROMISE 10/28/11 | 1149-000 | 60,000.00 | | 91,333.53 |
| 11/17/11 | 11 | FARM BUREAN | DISHONESTY COVERAGE FROM CO INS. | 1229-000 | 1,000.00 | | 92,333.53 |
| 11/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.61 | | 92,334.14 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 90.78 | 92,243.36 |
| 12/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.78 | | 92,244.14 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 113.72 | 92,130.42 |
| 01/31/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.79 | | 92,131.21 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 120.83 | 92,010.38 |
| 02/29/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.73 | | 92,011.11 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 109.36 | 91,901.75 |
| 03/02/12 | 000102 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROAD, SUITE E SOLON, OH 44139 | PHILL-9 - POLICY # 8215-38-70 | 2300-000 | | 98.25 | 91,803.50 |
| 03/30/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.77 | | 91,804.27 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 112.90 | 91,691.37 |
| 04/30/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.76 | | 91,692.13 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 116.49 | 91,575.64 |
| 05/15/12 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 91,575.99 |
| | | | Page Subtotals | | 61,281.18 | 802.30 | |

FORM 2

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-34150  -KRH |
| Case Name: | CALFEE & DOUGLAS, INC |

| | |
|---|---|
| Taxpayer ID No: | *******1695 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7736  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/15/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 52.54 | 91,523.45 |
| 05/15/12 | | Trsf To VIRGINIA HERITAGE | FINAL TRANSFER | 9999-000 | | 91,523.45 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 92,406.35 | 92,406.35 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 91,523.45 | |
| | Subtotal | 92,406.35 | 882.90 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 92,406.35 | 882.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******4851 | 18,329.22 | 36,959.88 | 0.00 |
| Checking Account - *******4442 | 3,544.82 | 2,236.24 | 74,201.37 |
| Money Market - Interest Bearing - *******7736 | 92,406.35 | 882.90 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 114,280.39 | 40,079.02 | 74,201.37 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 23, 2015

Case Number:    10-34150
Debtor Name:    CALFEE & DOUGLAS, INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | KUTAK ROCK LLP 1111 East Main Street, Ste. 800 Richmond, VA 23219-3500 | Administrative | | $33,545.00 | $33,545.00 | $0.00 |
| 001 3220-00 | KUTAK ROCK LLP 1111 East Main Street, Ste. 800 Richmond, VA 23219-3500 | Administrative | | $2,843.05 | $2,843.05 | $0.00 |
| BOND 005 2300-00 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROAD, SUITE E SOLON, OH  44139 | Administrative | | $170.64 | $170.64 | $0.00 |
| BOND 999 2300-00 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO 44145 | Administrative | | $74.06 | $74.06 | $0.00 |
| 000009 040 5300-00 | TODD L. DOUGLAS 5167 TIMBERLAKE DR. PROVIDENCE FORGE, VA 23140 | Priority | | $0.00 | $0.00 | $0.00 |
| 000010A 040 5300-00 | DAVID C. DOUGLAS 11695 WINDING RIVER ROAD PROVIDENCE FORGE, VA 23140-0000 | Priority | | $0.00 | $0.00 | $0.00 |
| 000018 040 5300-00 | KEITH E. CALFEE 3014 FORGE ROAD TOANO, VA 23168-0000 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | PROGRESSIVE ELECTRIC, INC. 9090 FAYEMONT DRIVE MECHANICSVILLE, VA 23116-0000 | Unsecured | | $39,657.50 | $0.00 | $39,657.50 |
| 000002 070 7100-00 | ARCHITECURAL HARDWARD INC OF VA C/O WILLIAM B. CAVE, ESQUIRE 5601 IRONBRIDGE PARKWAY, SUITE 102 CHESTER, VA 23831-0000 | Unsecured | | $13,339.02 | $0.00 | $13,339.02 |
| 000003 070 7100-00 | A & E SUPPLY COMPANY P.O. BOX 11229 RICHMOND, VA 23230-0000 | Unsecured | | $118.14 | $0.00 | $118.14 |
| 000004 070 7100-00 | AMERICAN DOOR & GLASS, INC. P.O. BOX 28510 HENRICO, VA 23228-8510 | Unsecured | | $1,021.00 | $0.00 | $1,021.00 |
| 000005 070 7100-00 | J&J FINANCIAL MANAGEMENT P.O. BOX 5504 WILLIAMSBURG, VA 23188-0000 | Unsecured | | $919.68 | $0.00 | $919.68 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 23, 2015

| Case Number: | 10-34150 | | Claim Class Sequence | | | | |
| Debtor Name: | CALFEE & DOUGLAS, INC | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | ETEC FIRE PROTECTION 3205 W. MOORE STREET RICHMOND, VA 23230-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007 070 7100-00 | JMJ 11 N FOURTH STREET RICHMOND, VA 23219-0000 | Unsecured | | $40,530.08 | $0.00 | $40,530.08 |
| 000008 070 7100-00 | CUSTOM WOODWORK, INC. 1719 ARLINGTON ROAD RICHMOND, VA 23230-0000 | Unsecured | | $22,454.25 | $0.00 | $22,454.25 |
| 000010B 070 7100-00 | DAVID C. DOUGLAS 11695 WINDING RIVER ROAD PROVIDENCE FORGE, VA 23140-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | CLASSIC PARTITIONS, INC. 2090 STRAWBERRY RUN CROZIER, VA 23039-0000 | Unsecured | | $9,510.00 | $0.00 | $9,510.00 |
| 000012 070 7100-00 | SOUTH ANNA CONSTRUCTION INC. 507 HORSESHOE BEND BUMPASS, VA 23024-0000 | Unsecured | | $17,217.00 | $0.00 | $17,217.00 |
| 000013 070 7100-00 | PREMIER CONTRACT SOLUTIONS, INC. 2248 J DABNEY ROAD RICHMOND, VA 23230-0000 | Unsecured | | $19,527.75 | $0.00 | $19,527.75 |
| 000014 070 7100-00 | MITCHELL, WIGGINS & COMPANY, LLP 1802 BAYBERRY COURT, SUITE 300 RICHMOND, VA 23226-0000 | Unsecured | | $5,248.75 | $0.00 | $5,248.75 |
| 000015 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Unsecured | | $588.65 | $0.00 | $588.65 |
| 000016 070 7100-00 | COMMERCIAL SURFACES, INC. C/O DERRICK E. ROSSER, ESQUIRE 211-A ENGLAND STREET ASHLAND, VIRGINIA 23005 | Unsecured | | $68,035.01 | $0.00 | $68,035.01 |
| 000017 070 7100-00 | CHERRY,SEYMOUR,HUNDLEY & BARONIAN FOR BENEFIT OF RICH. REAL ESTATE GROUP 4908 MONUMENT AVENUE, SUITE 200 RICHMOND, VA 23230-3613 | Unsecured | | $60,095.00 | $0.00 | $60,095.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 23, 2015

Case Number:   10-34150
Debtor Name:   CALFEE & DOUGLAS, INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 | STURGEON POINT, LLC P.O. BOX 764 TOANO, VA 23168-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000020 070 7100-00 | RUSH PLUMBING CO., INC. 3310 ROSEDALE AVENUE RICHMOND, VA 23230-0000 | Unsecured | | $13,040.00 | $0.00 | $13,040.00 |
| 000021 070 7100-00 | RHODES, WERNER & CO., INC. 1955 STONEHENGE DRIVE RICHMOND, VA 23225-0000 | Unsecured | | $31,038.00 | $0.00 | $31,038.00 |
| 000022 070 7100-00 | THE ELECTRICAL CONNECTION, INC. 2305 MANAKINTOWN FERRY ROAD MIDLOTHIAN, VA 23113-0000 | Unsecured | | $34,504.50 | $0.00 | $34,504.50 |
| 000023 070 7100-00 | DOMINION FIRE & ELECTRIC P.O. BOX 1827 MECHANICSVILLE, VA 23116-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000024 070 7100-00 | HANOVER INTERIORS, INC. P.O. BOX 1954 ASHLAND, VA 23005-0000 | Unsecured | | $23,785.00 | $0.00 | $23,785.00 |
| 000027 070 7100-00 | DE LAGE LANDEN FINANCIAL SERVICES, INC. 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000028 070 7100-00 | GENERAL ELECTRIC CAPITAL CORP. 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000029 070 7100-00 | BRARON CORP. 4957 COX ROAD GLEN ALLEN, VA 23060-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000030 070 7100-00 | BRARON CORP. 4957 COX ROAD GLEN ALLEN, VA 23060-0000 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000031 070 7100-00 | CHESAPEAKE BANK C/O MICHAEL D. MUELLER, ESQUIRE CHRISTIAN & BARTON, LLP 909 E. MAIN STREET, SUITE 1200 RICHMOND, VIRGINIA 23219-3095 | Unsecured | | $15,000.00 | $0.00 | $15,000.00 |
| 000025 050 4210-00 | CITY OF RICHMOND ATTN: CITY HALL, ROOM 100 900 EAST BROAD STREET RICHMOND,VA 23219 | Secured | | $0.00 | $0.00 | $0.00 |

Printed: 06/23/15 11:46 AM    Ver: 18.05

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2015 |

Case Number: 10-34150          Claim Class Sequence
Debtor Name: CALFEE & DOUGLAS, INC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000026<br>050<br>4210-00 | CITY OF RICHMOND<br>ATTN: CITY HALL, ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND,VA 23219 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $452,262.08 | $36,632.75 | $415,629.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-34150 KRH
Case Name: CALFEE & DOUGLAS, INC
Trustee Name: ROY M. TERRY, JR.

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 000025 | CITY OF RICHMOND | $ | $ | $ | $ |
| 000026 | CITY OF RICHMOND | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee Fees: ROY M. TERRY, JR. | $ | $ | $ |
| Trustee Expenses: ROY M. TERRY, JR. | $ | $ | $ |
| Attorney for Trustee Fees: KUTAK ROCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: KUTAK ROCK LLP | $ | $ | $ |
| Other: INSURANCE PARTNERS AGENCY, INC. | $ | $ | $ |
| Other: MRSC INSURANCE PARTNERS, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | TODD L. DOUGLAS | $ | $ | $ |
| 000010A | DAVID C. DOUGLAS | $ | $ | $ |
| 000018 | KEITH E. CALFEE | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PROGRESSIVE ELECTRIC, INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | ARCHITECURAL HARDWARD INC OF VA | $ | $ | $ |
| 000003 | A & E SUPPLY COMPANY | $ | $ | $ |
| 000004 | AMERICAN DOOR & GLASS, INC. | $ | $ | $ |
| 000005 | J&J FINANCIAL MANAGEMENT | $ | $ | $ |
| 000006 | ETEC FIRE PROTECTION | $ | $ | $ |
| 000007 | JMJ | $ | $ | $ |
| 000008 | CUSTOM WOODWORK, INC. | $ | $ | $ |
| 000010B | DAVID C. DOUGLAS | $ | $ | $ |
| 000011 | CLASSIC PARTITIONS, INC. | $ | $ | $ |
| 000012 | SOUTH ANNA CONSTRUCTION INC. | $ | $ | $ |
| 000013 | PREMIER CONTRACT SOLUTIONS, INC. | $ | $ | $ |
| 000014 | MITCHELL, WIGGINS & COMPANY, LLP | $ | $ | $ |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000016 | COMMERCIAL SURFACES, INC. | $ | $ | $ |
| 000017 | CHERRY,SEYMOUR,HU NDLEY & BARONIAN | $ | $ | $ |
| 000019 | STURGEON POINT, LLC | $ | $ | $ |
| 000020 | RUSH PLUMBING CO., INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | RHODES, WERNER & CO., INC. | $ | $ | $ |
| 000022 | THE ELECTRICAL CONNECTION, INC. | $ | $ | $ |
| 000023 | DOMINION FIRE & ELECTRIC | $ | $ | $ |
| 000024 | HANOVER INTERIORS, INC. | $ | $ | $ |
| 000027 | DE LAGE LANDEN FINANCIAL SERVICES, INC. | $ | $ | $ |
| 000028 | GENERAL ELECTRIC CAPITAL CORP. | $ | $ | $ |
| 000029 | BRARON CORP. | $ | $ | $ |
| 000030 | BRARON CORP. | $ | $ | $ |
| 000031 | CHESAPEAKE BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Virginia**
**Richmond Division**

IN RE:                                  )
                                        )
CALFEE & DOUGLAS, INC                   )   Case No. 10-34150-KRH
                                        )
_____ )

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §330, the undersigned trustee hereby requests compensation in the amount of $8,960.15 and reimbursement of expenses in the amount of $207.52 for this case. The trustee has received $0.00 of such compensation and $0.00 of such expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be          $114,203.07

Pursuant to 11 U.S.C. §326, compensation
for the trustee is computed as follows:

(For cases filed after October 21, 1994)

| | | | |
|---|---|---|---|
| Receipts | $114,203.07 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $109,203.07 | 10% of next 45,000 | $4,500.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $64,203.07 | 5% of next 950,000 | $3,210.15 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL COMPENSATION REQUESTED                              $8,960.15

TRUSTEE'S EXPENSES (ITEMIZE):

| | |
|---|---|
| Copies ( 753.00 copies at $0.20 cents per copy ) | $150.60 |
| Photocopy Charges: ( 1.00 copies at $0.25 cents per copy ) | $0.25 |
| Postage Charges: ( 1.00 at $0.44 ) | $0.44 |
| Postage ( 19.00 at $0.49 ) | $9.31 |
| Postage ( 68.00 at $0.69 ) | $46.92 |

|                SUBTOTAL OF ALL EXPENSES | $207.52 |
|---|---|

Trustee Expenses Previously Paid:
    NONE

|                TOTAL PAID EXPENSES | $0.00 |
|---|---|
|                TOTAL UNPAID EXPENSES | $207.52 |

| TOTAL REQUESTED FEES AND EXPENSES | $9,167.67 |
|---|---|

      WHEREFORE, the trustee requests that this application be approved by the Court and that the trustee be awarded $8,960.15 as compensation and $207.52 for reimbursement of expenses. The trustee certifies that no payments have been made or promised to him for services rendered in any capacity in this case. No agreement or understanding exists between the trustee and any other person or entity, other than his law firm, for sharing compensation or to be received.

Dated: June 23, 2015                    /s/ Roy M. Terry, Jr.
                                        ROY M. TERRY, JR., Trustee
                                        P.O. Box 2188
                                        RICHMOND, VA  23218-2188

                                        (804) 648-1636