**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

**In re** Calfee & Douglas, Inc                                **Case No.**   10-34150-KRH

**Debtor(s)**                                                    **Chapter 7**

**ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT,**
**APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR**
**COMPENSATION OF PROFESSIONALS**

The Trustee having filed his final report before distribution, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Roy M. Terry, Jr., Trustee | $8,960.15 | $207.52 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: Oct 1 2015_____         /s/ Kevin R. Huennekens_____
                                           United States Bankruptcy Judge

                                           NOTICE OF JUDGMENT OR ORDER
                                           ENTERED ON DOCKET: Oct 2 2015_____

[opnftfrp ver. 10/09]